433 A.2d 125

Commonwealth v. Clinton, Appellant.

Submitted November 14, 1980.  John H. Corbett, Jr., for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

433 A.2d 125

Commonwealth v. Collier, Appellant.

Argued March 6, 1980.  Allen H. Smith, for appellant;  Dorothy Livaditis, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.